KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI . CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   fax: (415) 436-6748
   e-mail: stephanie.hinds@usdoj.gov

**E-filed 10/5/05**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MISCELLANEOUS FIREARMS, SILENCERS AND AMMUNITION,<br><br>    Defendant. | No.   C 03-1920 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND VACATING CASE MANAGEMENT CONFERENCE** |

    Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through undersigned counsel, hereby apply to the Court for a further order extending the stay of this matter and vacating the case management conference currently scheduled for October 7, 2005. In this <u>in rem</u> civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in large part, on the allegations at issue in the pending criminal action (<u>United States v. Kevin Dugan</u>, CR 03-20010 JF). The Court has previously entered orders staying this matter pending resolution of the ongoing criminal proceeding. In addition to pretrial motions scheduled for October 26, 2005 in the related criminal case, new defense counsel was substituted in earlier this

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

month. The factual predicate for entry of the stay has not changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and continue the case management conference until Friday, January 13, 2006, or a date convenient for the Court.

Dated: 9/30/05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 9/30/05

DANIEL HALPERN
Attorney for Prospective Claimant Kevin Dugan

### [PROPOSED] ORDER

IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-20010 JF. The case management conference currently scheduled for October 7, 2005, is vacated. The matter is continued for further status until Friday, January 13, 2006, or a date convenient for the Court.

Dated: 10/4/05

/s/electronic signature authorized

JEREMY FOGEL
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of **Stipulation and [Proposed] Order Extending Stay and Vacating Case Management Conference** to be served this date by electronic delivery upon the persons below at the place and address which is the last known address:

Daniel Halpern
Halpern & Halpern
111 N. Market Street, Suite #1010
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of September, 2005 at San Francisco, California.

_____
ALICIA CHIN
Paralegal/ AFU