KEVIN V. RYAN (CSBN 118321)
United States Attorney

\*\*E-filed 1/11/06\*\*

EUMI . CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    fax: (415) 436-6748
    e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MISCELLANEOUS FIREARMS, )<br>SILENCERS AND AMMUNITION, )<br>)<br>        Defendant. )<br>_____ ) | No.   C 03-1920 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND VACATING CASE MANAGEMENT CONFERENCE** |

      Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through undersigned counsel, hereby apply to the Court for a further order extending the stay of this matter and vacating the case management conference currently scheduled for January 13, 2006. In this <u>in rem</u> civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in large part, on the allegations at issue in the pending criminal action (<u>United States v. Kevin Dugan</u>, CR 03-20010 JF) . The Court has previously entered orders staying this matter pending resolution of the ongoing criminal proceeding. Pretrial motions in the related criminal case are currently scheduled for March 22, 2006. The factual predicate for entry of the stay has not

---

    [1]Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

1  changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and
2  continue the case management conference until Friday, April 14, 2006, or a date convenient for
3  the Court.
4  Dated: 1/5/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

10 Dated 1-6-06

DANIEL HALPERN
Attorney for Prospective Claimant Kevin Dugan

### [PROPOSED] ORDER

IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-20010 JF. The case management conference currently scheduled for January 13, 2006 is vacated. The matter is continued for further status until Friday, April 14, 2006, or a date convenient for the Court.

Dated 1/11/06

GRANTED
Judge Jeremy Fogel

JEREMY FOGEL
United States District Judge