KEVIN V. RYAN (CSBN 118321)  \*\*E-filed 5/4/06\*\*
United States Attorney

EUMI . CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   fax: (415) 436-6748
   e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MISCELLANEOUS FIREARMS, ) <br> SILENCERS AND AMMUNITION, ) <br> ) <br>     Defendant. ) | No.   C 03-1920 JF <br><br> STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING STAY AND VACATING CASE MANAGEMENT CONFERENCE |

    Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through undersigned counsel, hereby apply to the Court for a further order extending the stay of this matter and vacating the case management conference currently scheduled for May 5, 2006. In this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in large part, on the allegations at issue in the pending criminal action (United States v. Kevin Dugan, CR 03-20010 JF) . The Court has previously entered orders staying this matter pending resolution of the ongoing criminal proceeding. Pretrial motion hearing in the related criminal case is currently scheduled for July 26, 2006. The factual predicate for entry of the stay has not

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

1 changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and
2 continue the case management conference until Friday, August 4, 2006, or a date convenient for
3 the Court.

4 Dated: 05/04/2006            Respectfully submitted,

5                              KEVIN V. RYAN
                               United States Attorney
6

7                              _____/S/_____
                               STEPHANIE M. HINDS
8                              Assistant United States Attorney

9

10 Dated: 05/04/2006

11                             _____/S/_____
                               DANIEL HALPERN
12                             Attorney for Prospective Claimant Kevin Dugan

13

14                             **[PROPOSED] ORDER**

15         IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18
16 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-
17 20010 JF. The case management conference currently scheduled for May 5, 2006 is vacated.
18 The matter is continued for further status until Friday, August 4, 2006, or a date convenient for
19 the Court.

20

21 Dated:  5/4/06
                               _____
22                             JEREMY FOGEL
                               United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of **Stipulation and [Proposed] Order Extending Stay and Vacating Case Management Conference** to be served this date via first class mail delivery upon the person below at the place and address which is the last known address:

Daniel Halpern, Esq.
Halpern & Halpern
111 N. Market Street, Suite #1010
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of May, 2006, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant/ AFU