**E-filed 8/7/06**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6816
7     fax: (415) 436-6748
      e-mail: stephanie.hinds@usdoj.gov

8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,          )    No.    C 03-1920 JF
                                       )
14                  Plaintiff,         )    STIPULATION AND [PROPOSED] ORDER
                                       )    EXTENDING STAY AND VACATING CASE
15           v.                        )    MANAGEMENT CONFERENCE
                                       )
16  MISCELLANEOUS FIREARMS,            )
    SILENCERS AND AMMUNITION,          )
17                                     )
                    Defendant.         )
18  _____ )

19        Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through

20  undersigned counsel, hereby apply to the Court for a further order extending the stay of this

21  matter and vacating the case management conference currently scheduled for August 4, 2006.  In

22  this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition

23  alleged to have been illegally possessed by Kevin Dugan.  As reported in the last request for an

24  extension staying this action, Dugan is a prospective claimant in this action,[1] which is based,  in

25  large part, on the allegations at issue in the pending criminal action (United States v. Kevin

26  Dugan, CR 03-20010 JF) .  The Court has previously entered orders staying this matter pending

27  resolution of the ongoing criminal proceeding.  Pretrial motions in the related criminal case are

28  currently scheduled for September 13, 2006.  The factual predicate for entry of the stay has not

---

[1]Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised
the government and the Court that he intends to so.

1  changed.  Accordingly, the parties hereby request that the Court extend the stay in this matter and

2  continue the case management conference until Friday, November 19, 2006, or a date convenient

3  for the Court.

4  Dated:

   Respectfully submitted,

5  KEVIN V. RYAN
   United States Attorney

6

7  _____
   STEPHANIE M. HINDS

8  Assistant United States Attorney

9

10 Dated:

11

   _____
12 DANIEL HALPERN
   Attorney for Prospective Claimant Kevin Dugan

13

14                        **[PROPOSED] ORDER**

15      IT IS SO ORDERED.  The captioned civil forfeiture case shall be stayed pursuant to 18

16 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-

17 20010 JF.  The case management conference currently scheduled for August 4, 2006 is vacated.

18 The matter is continued for further status until Friday, November 19, 2006, or a date convenient

19 for the Court.

20

21 Dated:     8/7/06

   _____
22 JEREMY FOGEL
   United States District Judge

23

24

25

26

27

28

1  changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and

2  continue the case management conference until Friday, November 10, 2006, or a date convenient

3  for the Court.

4  Dated:

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

10  Dated: 8/3/06

DARYL HALPERN
Attorney for Prospective Claimant Kevin Dugan

### [PROPOSED] ORDER

IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18
U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-
20010 JF. The case management conference currently scheduled for August 4, 2006 is vacated.
The matter is continued for further status until Friday, November 10, 2006, or a date convenient
for the Court.

21  Dated:

JEREMY FOGEL
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND
VACATING CASE MANAGEMENT CONFERENCE
C 03-1920 JF

2

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee in the Office of the United

3  States Attorney for the Northern District of California and is a person of such age and discretion

4  to be competent to serve papers.  The undersigned further certifies that she caused a copy of

5  **STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND VACATING CASE**

6  **MANAGEMENT CONFERENCE**  to be served this date by electronic delivery upon the persons

7  below at the place and address which is the last known address:

8
    Daniel Halpern, Esq.
9   Halpern & Halpern
    111 N. Market Street, Suite #1010
10  San Jose, CA 95113

11      I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.  Executed this 3rd day  of August, 2006, at San Francisco,

13  California.

14

15  _____
    ALICIA CHIN
16  Paralegal/ AFU

17

18

19

20

21

22

23

24

25

26

27

28