SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
fax: (415) 436-6748
e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    C 03-1920 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | EXTENDING STAY AND VACATING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| MISCELLANEOUS FIREARMS, | ) | |
| SILENCERS AND AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through

undersigned counsel, hereby apply to the Court for a further order extending the stay of this

matter and vacating the case management conference currently scheduled for March 5, 2007.  In

this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition

alleged to have been illegally possessed by Kevin Dugan.  As reported in the last request for an

extension staying this action, Dugan is a prospective claimant in this action,[1] which is based,  in

large part, on the allegations at issue in the pending criminal action (United States v. Kevin

Dugan, CR 03-20010 JW) .  The Court has previously entered orders staying this matter pending

resolution of the ongoing criminal proceeding.  Trial in the criminal case is scheduled on March

5, 2007.   The factual predicate for entry of the stay has not changed.  Accordingly, the parties

---

[1]Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised
the government and the Court that he intends to so.

hereby request that the Court extend the stay in this matter and continue the case management conference until Monday, June 4, 2007, or a date convenient for the Court.

Dated: 03/01/07                     Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney


                                    _____
                                              /S/
                                    STEPHANIE M. HINDS
                                    Assistant United States Attorney


Dated: 03/01/07


                                    _____
                                              /S/
                                    DANIEL HALPERN
                                    Attorney for Prospective Claimant Kevin Dugan


                          **[PROPOSED] ORDER**

     IT IS SO ORDERED.  The captioned civil forfeiture case shall be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-20010 JW.   The case management conference currently scheduled for March 5, 2007 is vacated. The matter is continued for further status until Monday, June 4, 2007, or a date convenient for the Court.


Dated:    3/2/2007                  _____
                                    JAMES WARE
                                    United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee in the Office of the United

States Attorney for the Northern District of California and is a person of such age and discretion

to be competent to serve papers.  The undersigned further certifies that she caused a copy of

**Stipulation and [Proposed] Order Extending Stay and Vacating Case Management Conference**  to

be served this date via first class mail delivery upon the person below at the place and address

which is the last known address:

Daniel Halpern, Esq.
Halpern & Halpern
111 N. Market Street, Suite #1010
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct to the best of my knowledge.  Executed this 1st  day  of March,

2007, at San Francisco, California.


_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit