1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      fax: (415) 436-6748
       e-mail: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff



IT IS SO ORDERED
Judge James Ware

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No.   C 03-1920 JW
                                      )
14 |         Plaintiff,                )   STIPULATION AND [~~PROPOSED~~] ORDER
                                      )   EXTENDING STAY AND VACATING CASE
15 |    v.                             )   MANAGEMENT CONFERENCE
                                      )
16 | MISCELLANEOUS FIREARMS,          )
     SILENCERS AND AMMUNITION,        )
17 |                                   )
             Defendant.               )
18 |_____)

19       Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through

20 undersigned counsel, hereby apply to the Court for a further order extending the stay of this

21 matter and vacating the case management conference currently scheduled for June 4, 2007. In

22 this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition

23 alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an

24 extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in

25 large part, on the allegations at issue in the pending criminal action (United States v. Kevin

26 Dugan, CR 03-20010 JW) . The Court has previously entered orders staying this matter pending

27 resolution of the ongoing criminal proceeding. A review of the criminal docket sheet reflects

28 that the case is set for motions hearing on June 11, 2007 and for trial setting on June 18, 2007.

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

1 | Thus, the factual predicate for entry of the stay has not changed. Accordingly, the parties hereby
2 | request that the Court extend the stay in this matter and continue the case management
3 | conference until Monday, August 13, 2007, or a date convenient for the Court.

5 | Dated: 5/30/07                           Respectfully submitted,

6 |                                          SCOTT N. SCHOOLS
                                             United States Attorney

8 |                                          _____
                                             STEPHANIE M. HINDS
9 |                                          Assistant United States Attorney

11 | Dated:

13 |                                         _____
                                             DANIEL HALPERN
                                             Attorney for Prospective Claimant Kevin Dugan

15 |                                  [~~PROPOSED~~] ORDER

16 | IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18
17 | U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-
18 | 20010 ~~JW~~ RMW. The case management conference currently scheduled for June 4, 2007 is vacated.
19 | The matter is continued for further status until September 10, 2007 at 10 AM.

21 | Dated: May 31, 2007                     _____
                                             JAMES WARE
22 |                                         United States District Judge

1  Thus, the factual predicate for entry of the stay has not changed. Accordingly, the parties hereby
2  request that the Court extend the stay in this matter and continue the case management
3  conference until Monday, August 13, 2007, or a date convenient for the Court.

5  Dated: 5/30/07                        Respectfully submitted,
6                                        SCOTT N. SCHOOLS
                                         United States Attorney

8                                        _____
                                         STEPHANIE M. HINDS
9                                        Assistant United States Attorney

11 Dated: 5/30/07                        _____
                                         DANIEL HALPERN
13                                       Attorney for Prospective Claimant Kevin Dugan

15                              **[PROPOSED] ORDER**
16      IT IS SO ORDERED. The captioned civil forfeiture case shall be stayed pursuant to 18
17 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case. CR 03-
18 20010 JW. The case management conference currently scheduled for June 4, 2007 is vacated.
19 The matter is continued for further status until _____.

21 Dated:                                _____
                                         JAMES WARE
22                                       United States District Judge

TOTAL P.03

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of **Stipulation and [Proposed] Order Extending Stay and Vacating Case Management Conference** to be served this date via first class mail delivery upon the person below at the place and address which is the last known address:

Daniel Halpern, Esq.
Sharon Halpern, Esq.
Halpern & Halpern
111 N. Market Street, Suite #1010
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of May, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit