| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
fax: (415) 436-6748
e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   C 03-1920 JW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND VACATING CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| MISCELLANEOUS FIREARMS, SILENCERS AND AMMUNITION, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through undersigned counsel, hereby apply to the Court for a further order extending the stay of this matter and vacating the case management conference currently scheduled for September 10, 2007. In this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in large part, on the allegations at issue in the pending criminal action (United States v. Kevin Dugan, CR 03-20010 RMW) . The Court has previously entered orders staying this matter pending resolution of the ongoing criminal proceeding. A review of the criminal docket sheet reflects that the case is set for pretrial conference on October 4, 2007 and jury trial

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

1  set on October 22, 2007.    Thus, the factual predicate for entry of the stay has not changed.
2  Accordingly, the parties hereby request that the Court extend the stay in this matter and continue
3  the case management conference until Monday, November 5, 2007, or a date convenient for the
4  Court.

6  Dated: 08/23/07                                              Respectfully submitted,
7                                                               SCOTT N. SCHOOLS
                                                                 United States Attorney

9                                                               _____/S/_____
                                                                 STEPHANIE M. HINDS
10                                                              Assistant United States Attorney

12  Dated: 08/24/07

13                                                              _____/S/_____
                                                                 DANIEL HALPERN
14                                                              Attorney for Prospective Claimant Kevin Dugan

16                             [PROPOSED] ORDER

17       Upon consideration of the above stipulation, the Court hereby orders that this matter be
18  stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court
19  criminal case, CR 03-20010 RMW.   The case management conference currently scheduled for
20  September 10, 2007 is vacated.  The matter is continued for further status until November 5, 2007
21  at 10:00 AM.  The parties shall file a joint Case Management Statement by October 26, 2007.
22       IT IS SO ORDERED.
23  Dated:    August 27, 2007                                   _____
                                                                 JAMES WARE
24                                                              United States District Judge