| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6816<br>fax: (415) 436-6748 |
| 8 | e-mail: stephanie.hinds@usdoj.gov |



Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. | C 03-1920 JW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXTENDING STAY AND VACATING CASE MANAGEMENT CONFERENCE | |
| v. | ) | | |
| MISCELLANEOUS FIREARMS, SILENCERS AND AMMUNITION, | ) | | |
| Defendant. | ) | | |

Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through undersigned counsel, hereby apply to the Court for a further order extending the stay of this matter and vacating the case management conference currently scheduled for November 5, 2007. In this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the last request for an extension staying this action, Dugan is a prospective claimant in this action,[1] which is based, in large part, on the allegations at issue in the pending criminal action (United States v. Kevin Dugan, CR 03-20010 RMW) . The Court has previously entered orders staying this matter pending resolution of the ongoing criminal proceeding. A review of the criminal docket sheet reflects and conversation with Dugan's trial counsel confirm that a jury trial in the criminal case

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to do so.

began on October 29, 2007.    Thus, the factual predicate for entry of the stay has not changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and continue the case management conference until Monday, December 17, 2007, or a date convenient for the Court.

Dated: 11/01/2007                    Respectfully submitted,

                    SCOTT N. SCHOOLS
                    United States Attorney


                    _____/S/_____
                    STEPHANIE M. HINDS
                    Assistant United States Attorney


Dated: 11/01/2007

                    _____/S/_____
                    DANIEL HALPERN
                    Attorney for Prospective Claimant Kevin Dugan


## [PROPOSED] ORDER

Upon consideration of the above stipulation, the Court hereby orders that this matter be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related district court criminal case, CR 03-20010 RMW.   The case management conference currently scheduled for November 5, 2007 is vacated.  The matter is continued for further status until December 10, 2007.

The parties shall appear for a Case Management Conference on **December 10, 2007 at 10 A.M.**

The parties shall file a Case Management Statement no later than **December 3, 2007.**

Dated:  November 1, 2007                    _____
                    JAMES WARE
                    United States District Judge