**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br>Miscellaneous Firearms, Silencers and Ammunition,<br>　　　　　Defendant.<br>_____/ | NO. C 03-01920 JW<br>NO. CR 03-20010 RMW<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

   In this in rem civil action, Plaintiff seeks forfeiture of certain firearms, silencers and ammunition alleged to have been illegally possessed by Kevin Dugan. Dugan is a prospective claimant in this action, which is based, in large part, on the allegations in a criminal case pending before Judge Ronald M. Whyte. See United States v. Kevin Dugan, CR 03-20010 RMW.[1]

   This case has been stayed since May of 2003. Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to Judge Whyte for a determination as to whether the actions are related.

---

[1] A jury verdict was returned on November 19, 2007. The jury found Dugan guilty on Counts 1s, 2s, 4s, and 5s, and not guilty on Count 3s. See CR 03-20010, Docket Item No. 210.

In light of this Order, the Case Management Conference presently scheduled for December 10, 2007 is VACATED.[2]  The Court will set a new conference date once a determination is made by Judge Whyte regarding whether this case should be transferred to him.

Dated:  December 5, 2007

*James Ware*
JAMES WARE
United States District Judge

---

[2] The Court notes that the parties have once again failed to filed a Joint Case Management Conference statement in violation to the Court's previous Orders.  (<u>See</u> Docket Item Nos. 45, 47.)

2

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Stephanie M. Hinds stephanie.hinds@usdoj.gov

3 Daniel B. Halpern
Law Offices of Halpern & Halpern
4 111 North Market Street, Suite 1010
San Jose, Ca 95113[3]

6 **Dated: December 5, 2007**         **Richard W. Wieking, Clerk**

8              **By:  /s/ JW Chambers**
                      **Elizabeth Garcia**
                      **Courtroom Deputy**

---

[3] The Court notes that Defendant's counsel has failed to registered for e-filing. Defendant's counsel shall contact the Clerk's office to register for e-filing to be in compliance with the Civil Local Rules of Court within ten (10) days from the date of this Order.