1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5                                                               *E-FILED - 9/25/08*
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      fax: (415) 436-7234
       e-mail: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,         )   No.   C 03-1920 RMW
                                     )
14              Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXTENDING STAY AND VACATING CASE
15       v.                          )   MANAGEMENT CONFERENCE
                                     )
16 MISCELLANEOUS FIREARMS,           )
   SILENCERS AND AMMUNITION,         )
17                                   )
                Defendant.            )
18 _____ )

19       Plaintiff, United States of America, and Prospective Claimant Kevin Dugan, through
20 undersigned counsel, hereby apply to the Court for a further order extending the stay of this
21 matter and vacating the case management conference currently scheduled for September 26,
22 2008. In this in rem civil action, plaintiff seeks to forfeit certain firearms, silencers and
23 ammunition alleged to have been illegally possessed by Kevin Dugan. As reported in the
24 previous request for an extension staying this action, Dugan is a prospective claimant in this
25 action,[1] which is based, in large part, on the allegations at issue in the pending criminal action
26 (United States v. Kevin Dugan, CR 03-20010 RMW) . The Court has previously entered orders
27 staying this matter pending resolution of the ongoing criminal proceeding. A review of the
28 criminal docket sheet reflects that there is a pending motion for a new trial scheduled to be heard

---

[1] Dugan has not yet filed a claim or Answer in the civil forfeiture action, but has advised the government and the Court that he intends to so.

on October 14, 2008. In addition, Kevin Dugan is scheduled be sentenced on November 3, 2008. Thus, the factual predicate for entry of the stay has not changed. Accordingly, the parties hereby request that the Court extend the stay in this matter and continue the case management conference until Friday, November 14, 2008, or a date convenient for the Court.

Dated: 9/25/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 9/25/08

DANIEL HALPERN
Attorney for Prospective Claimant Kevin Dugan

## [PROPOSED] ORDER

Upon consideration of the above stipulation, the Court hereby orders that this matter be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) until the conclusion of the related criminal case, CR 03-20010 RMW. The case management conference currently scheduled for September 26, 2008 is vacated. The matter is continued for further status until November 14, 2008.

IT IS SO ORDERED.

Dated: 9/25/08

RONALD M. WHYTE
United States District Judge