E-FILED on    8/22/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISCELLANEOUS FIREARMS, SILENCERS, AND AMMUNITION,<br><br>Defendant. | No. C-03-01920 RMW<br><br>ORDER TENTATIVELY GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>[Re Docket No. 62] |

    Upon consideration of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, the court tentatively grants the United States' motion for default judgment.

    Service appears technically proper in that service was made on interested party Kevin Dugan's attorney of record in this case. However, the court is concerned based on the history of Mr. Dugan's criminal case that he may be represented by counsel other than by Mr. Daniel Halpern.

ORDER TENTATIVELY GRANTING MOTION FOR DEFAULT JUDGMENT—No. C-03-01920 RMW
JAS

Therefore, to ensure that Mr. Dugan has notice of the motion for default judgment, the court is serving this tentative order on his counsel of record in the criminal case, United States v. Dugan, 03-cr-20010.  If a motion to set aside this tentative order is not made within 30 days of the date this order issues, it shall become a final judgment.

DATED:    8/21/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff:**

3 David Countryman     david.countryman@usdoj.gov
Stephanie M. Hinds    stephanie.hinds@usdoj.gov

4 **Counsel for Defendants:**

Daniel B. Halpern
Law Offices of Halpern & Halpern
111 North Market Street
Suite 1010
San Jose, Ca 95113

Warrington S. Parker , III
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/22/09                           JAS
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California