**E-FILED on**    3/16/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-03-01920 RMW |
| Plaintiff, | |
| v. | ORDER REQUESTING SUPPLEMENTAL BRIEFING FROM MR. DUGAN REGARDING HIS FAILURE TO FILE A VERIFIED CLAIM FORM |
| MISCELLANEOUS FIREARMS, SILENCERS, and AMMUNITION, | |
| Defendant. | |

In both its opposition to Mr. Dugan's motion to dismiss, Dkt. No. 82, and motion for default judgment, Dkt. No. 86, the government focuses on Mr. Dugan's failure to file a verified claim form asserting his interest in the property at issue as required by Supplemental Rule C(6)(a) (2003). Mr. Dugan has not addressed this issue in his motion to dismiss or other communications with the court. The court therefore orders Mr. Dugan to file a supplemental brief addressing the impact of his failure to file a verified claim form within fourteen days of the date of this order.

DATED:    3/16/12

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING FROM MR. DUGAN REGARDING HIS FAILURE TO FILE A VERIFIED CLAIM FORM—No. C-03-01920 RMW
EDM

ORDER REQUESTING SUPPLEMENTAL BRIEFING FROM MR. DUGAN REGARDING HIS FAILURE TO FILE A VERIFIED CLAIM FORM—No. C-03-01920 RMW
EDM                                                              2