IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/21/12*

U.S.A.,

    Plaintiff,

v.

MISCELLANEOUS FIREARMS, SILENCERS AND AMMUNITION,

    Defendant.

CASE NOS: C-03-01910-RMW
C-09-80136-RMW

**ORDER RE DOCKET ENTRIES**

Good cause appearing, IT IS HEREBY ORDERED that Docket Entry No. 88 in Case No.: C-03-01920-RMW and Docket Entry No. 26 in Case No. C-09-80136-RMW having been erroneously filed with personal information shall be locked. The Clerk shall attach a redacted version in its place.

**IT IS SO ORDERED.**

Dated: March 21, 2012

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record:

2