**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/21/12*

U.S.A.,

          Plaintiff,

  v.

MISCELLANEOUS FIREARMS, SILENCERS AND AMMUNITION,

          Defendant.

_____/

CASE NOS: C-03-01910-RMW
C-09-80136-RMW

**ORDER RE DOCKET ENTRIES**

Good cause appearing, IT IS HEREBY ORDERED that Docket Entry No. 88 in

Case No.: C-03-01920-RMW and Docket Entry No. 26 in Case No. C-09-80136-RMW having

been erroneously filed with personal information shall be locked.  The Clerk shall attach a redacted

version in its place.

**IT IS SO ORDERED.**

Dated: <u>March 21, 2012</u>

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1

2     Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California