**United States District Court**
**For the Northern District of California**

E-FILED on   4/17/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISCELLANEOUS FIREARMS, SILENCERS, and AMMUNITION,<br><br>Defendant. | No. C-03-01920 RMW<br><br>ORDER EXTENDING TIME TO SUBMIT SUPPLEMENTAL BRIEFING FROM MR. DUGAN REGARDING HIS FAILURE TO FILE A VERIFIED CLAIM FORM UNTIL MAY 8, 2012, VACATING THE APRIL 27, 2012 HEARING AND SUBMITTING MOTIONS ON THE PAPERS |
| IN RE:<br><br>DESTRUCTION OF FIREARMS AND AMMUNITION. | No. 09-80136 RMW |

On March 16, 2012, the court issued an order in the instant actions requesting supplemental briefing from Mr. Dugan regarding his failure to file a verified claim form as required by Supplemental Rule C(6)(a) (2003). The supplemental brief was to be submitted by March 30, 2012. The court believes that order was served on Mr. Dugan's attorney of record, Daniel Halpern, but is not certain of the current status of the relationship between Mr. Halpern and Mr. Dugan. Therefore, the court is unsure of whether Mr. Dugan received notice of the court's earlier order. Accordingly, the court extends the time for Mr. Dugan to submit any supplemental briefing until May 8, 2012. Mr. Halpern is alerted to the fact that he remains Mr. Dugan's attorney of record, and is thus responsible for communicating with Mr. Dugan and submitting papers on his behalf.

If Mr. Dugan chooses to submit a supplemental brief, the government may respond by May 15, 2012. After that date, the court will decide the government's motion for default judgment and Mr. Dugan's motion to dismiss in Case No. 03-01920, as well as the government's motion for an order authorizing the destruction of certain firearms and ammunition in Case No. 09-80136, on the papers. The motion hearings set for April 27, 2012 are therefore vacated.

It is so ordered.

DATED:     4/17/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER EXTENDING TIME TO SUBMIT SUPPLEMENTAL BRIEFING FROM MR. DUGAN REGARDING HIS FAILURE TO FILE A VERIFIED CLAIM FORM UNTIL MAY 8, 2012, VACATING THE APRIL 27, 2012 HEARING AND SUBMITTING MOTIONS ON THE PAPERS—No. C-03-01920 RMW, No. 09-80136 RMW
EDM                    2