UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>MISCELLANEOUS FIREARMS, SILENCERS and AMMUNITION,<br><br>    Defendant.<br><br>IN RE DESTRUCTION OF FIREARMS AND AMMUNITION | Case No.: 03-cv-1920 RMW<br>Case No:: 09-cv-80136 RMW<br><br>ORDER RE FILED MOTIONS |

  Interested party Kevin Dugan ("Dugan") has filed a number of motions in these related civil actions that appear to be targeted at his criminal case, No. 03-cr-20010. The motions were also filed in the criminal case. Both civil actions have effectively been terminated following the court's September 6, 2012 order. Therefore, the motions, which are docketed in Case No. 03-1920 as Nos.

1

Case No.: 03-cv-1920-RMW; Case No.: 09-cv-80136 RMW
ORDER RE FILED MOTIONS

97, 98, 99, 100, 108 and 109, are denied in the civil actions without prejudice to the court's consideration of the same motions in Mr. Dugan's criminal matter.

Dated: ___9/7/12_____   *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2
Case No.: 03-cv-1920-RMW; Case No.: 09-cv-80136 RMW
ORDER RE FILED MOTIONS